JS-6

ROCKARD J. DELGADILLO, City Attorney, (SBN 125465)
MICHAEL L. CLAESSENS, Senior Assistant City Attorney, (SBN 125379)
DANIEL P. AGUILERA, Supervising Deputy City Attorney (SBN 108159)
KELLY C. CROCKETT, Deputy City Attorney (SBN 233858)
200 North Main Street
700 City Hall East
Los Angeles, California 90012-4130
Telephone: (213) 978-2704
Facsimile: (213) 978-2211
E-Mail: kelly.crockett@lacity.org

Attorneys for Defendants,
City of Los Angeles and Captain Sean Kane

FILED
CLERK, U.S. DISTRICT COURT
JUN 16 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE WAISGERBER, | CASE NO: CV09-3246 R (RCx) |
| Plaintiff, | Complaint filed: January 27, 2009 |
| vs. | *Assigned to the Honorable Manuel Real* |
| CITY OF LOS ANGELES, CAPTAIN SEAN KANE an individual and in her official capacity, and DOES 1 through 20, INCLUSIVE; | ~~(PROPOSED)~~ JUDGMENT |
| Defendants. | [Request for Entry of Judgment Filed Concurrently Herein] |

This action came on for hearing before the Court, on June 15, 2009, Honorable Manuel Real, District Judge Presiding, on a Motion to Dismiss Plaintiff's first amended complaint for failure to state a claim upon which relief can be granted, pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6), filed by defendants City of Los Angeles and Captain Sean Kane ("Defendants"). After the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered, granting the Motion,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. The action is dismissed on the merits;

2. Judgment is entered in favor of the Defendants and against plaintiff Anne Waisgerber ("Plaintiff") on Plaintiff's First Amended Complaint in this action;

3. Plaintiff shall take nothing from this action; and

4. Defendants are awarded their costs incurred in this action.

Dated: __June 16__, 2009

_____
The Honorable Manuel Real
United States District Judge